5

United States District Court
Southern District of Texas
ENTERED
JUL 3 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 3 1 1998
Michael N. Milby, Clerk

GUILLERMO I. HERNANDEZ          *

    VS                           *   C.A. NO. B96 045

UNITED STATES OF AMERICA         *   (Cr. No. B90 020)


O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 1, 1998**.

DONE at Brownsville, Texas, this 31st day of July, 1998.

Fidencio G. Garza, Jr.
United States Magistrate Judge

United States District Court
Southern District of Texas
ENTERED
JUL 3 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 3 1 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SEVERO GONZALEZ | § |
| | § |
| V. | § CIVIL ACTION NO. B-97-165 |
| | § (636(c)) |
| PUBLIC UTILITIES BOARD OF | § |
| CITY OF BROWNSVILLE and | § |
| LABORATORY CORPORATION OF | § |
| AMERICA | § |

## ORDER GRANTING MOTION TO DISMISS
## LABORATORY CORPORATION OF AMERICA WITHOUT PREJUDICE

On this the 31st day of July, 1998, came to be considered Plaintiff's Motion to Dismiss Laboratory Corporation of America Without Prejudice and the Court is of the opinion that said motion should be **GRANTED**;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that lawsuit brought by **PLAINTIFF** against **DEFENDANT, LABORATORY CORPORATION OF AMERICA, only,** is hereby dismissed without prejudice, with costs to be taxed against those by whom they were incurred.

SIGNED this 31 day of July, 1998.

_____
JUDGE PRESIDING

cc:  Mr. Michael R. Cowen
Stapleton, Livesay & Cowen
1325 Palm Blvd.
Brownsville, Texas 78520

Mr. R. Gaines Griffin
Davidson & Troilo, P.C.
7550 West IH 10, Suite 800
San Antonio, Texas 78229-5815

Ms. D. Faye Caldwell
Caldwell & Adams, P.L.L.C.
520 Post Oak Blvd., Suite 610
Houston, Texas 77027

MOTION FOR DISMISSAL WITHOUT PREJUDICE - PAGE 3