*10*

United States District Court
Southern District of Texas
ENTERED

**DEC 23 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent, | § | |
| | § | |
| v. | § | CR. NO. B-90-020 |
| | § | |
| GUILLERMO I. HERNANDEZ, | § | |
|     Petitioner. | § | |
| (C.A. NO. B-96-045) | § | |

## O R D E R

The Court hereby grants the United States's motion for enlargement of time in which to file its response to Hernandez's petition under 28 U.S.C. § 2255, until January 15, 1999.

ORDERED this __23rd__ day of __December__, 1998.

_____
UNITED STATES MAGISTRATE JUDGE