THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUILLERMO I. HERNANDEZ | § | |
| Petitioner | § | |
| | § | |
| vs. | § | Civil No. B-96-045 |
| | § | (Crim No. B-90-020) |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

**ORDER**

Before this Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that the 28 U.S.C. §2255 Petition is hereby **DENIED** and the above referenced cause of action is **DISMISSED**. It is also ORDERED that the Government's Motion for Sanctions is **DENIED** and that all other pending motions are hereby rendered **MOOT**.

DONE at Brownsville, Texas, this ___1st___ day of June, 1999.

Filemon B. Vela
United States District Judge